Anthony J. Sylvester
Anthony C. Valenziano
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
(973) 302-9700

Attorneys for Interpleader Plaintiff
JPMorgan Chase Bank, N.A.

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>CMA TRADING, INC. F/K/A D&E GROUP, INC., GUNTHER EBEN AND HONG HOLDINGS, LLC,<br><br>Interpleader Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:19-cv-130(SDW)(LDW)<br><br>**ORDER GRANTING MOTION OF INTERPLEADER JPMORGAN CHASE BANK, N.A. TO DEPOSIT FUNDS INTO THE COURT REGISTRY** |

**THIS MATTER**, having been brought before the Court upon the motion of Interpleader Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), for an Order pursuant to Fed. R. Civ. P. 67 and Local Civil Rule 67.1 seeking to deposit funds into the Court Registry, and the Court having considered the papers submitted in connection therewith, and upon the pleadings and proceedings and no opposition to the motion having been filed had to date herein, ~~as well as argument of counsel, if any~~, and for good cause shown;

IT IS on this 23rd day of ~~February~~ January, 2019, hereby

ORDERED that Chase's motion **IS GRANTED**; and it is further

ORDERED that Chase shall deposit the sum of $34,404.03 with the Registry of the Court within fifteen (15) days of the entry of this Order; and it is further

ORDERED that a true copy of this Order be served upon all parties within __7__ days of the date hereof.

*The Clerk of Court shall terminate the motion at ECF No. 4.*

_____
*Leda D. Wettre, USMJ*
~~HON. SUSAN D. WIGENTON, U.S.D.J.~~

Dated: 1/23/19

4831-5984-1669, v. 1