**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | No. 19-130 (SDW)(LDW) |
| Interpleader Plaintiff, | |
| v. | **ORDER** |
| CMA TRADING, INC., ET AL., | |
| Interpleader Defendants. | July 17, 2020 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on July 2, 2020, by Magistrate Judge Leda D. Wettre ("Judge Wettre"), (D.E. 54), recommending that Interpleader Plaintiff JPMorgan Chase Bank, N.A.'s Motion to Reopen this Case and Enforce the Settlement, (D.E. 48), be granted. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre, (D.E. 54), is **ADOPTED** as the conclusions of law of this Court and Interpleader Plaintiff JPMorgan Chase Bank, N.A.'s Motion to Reopen this Case and Enforce the Settlement (D.E. 48) shall be **GRANTED;** and it is further

**ORDERED** that the Clerk of Court shall release the entirety of the interpleaded funds deposited in the Court's Disputed Ownership Fund, minus any applicable administrative fees, to Hong Holdings, LLC, d/b/a Conico Management, by way of check made payable to "Shapiro Croland Attorney Trust Account," and sent to Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP,

Continental Plaza II, 411 Hackensack Avenue, Hackensack, New Jersey 07601, Attn. Alexander G. Benisatto, Esq.; and it is further

**ORDERED** that judgment is entered against CMA Trading, Inc. f/k/a D&E Group, Inc. and Gunther Eben, individually, jointly and severally, in the amount $65,000, together with post-judgment interest, on account of their failure to timely make the required $50,000 settlement payment; and it is further

**ORDERED** that the third-party complaint (D.E. 32) is dismissed, without prejudice.

**SO ORDERED**.

          /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Leda D. Wettre, U.S.M.J.